UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SCOTT PATTERSON,

    Plaintiff,        Case No. 11-15317
                HON. GERSHWIN A. DRAIN

vs.

MICHAEL BAUMHAFT, *et al.*,

    Defendants.

_____/

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [#25]

Presently before the Court is Plaintiff's Motion for Default Judgment, filed on November 19, 2012.  Plaintiff moves for entry of default judgment in the amount of $387,591.00 for economic damages resulting from  Defendants, Universal Homes, LLC ("Universal Homes"), and Midwest Express Funding Inc.'s ("Midwest Express"), breach of the parties' agreements.  Plaintiff also seeks non-economic damages in the amount of $100,000.00, however he provides no authority for the proposition that non-economic damages are recoverable in an action of this nature.

The summons and complaint were served on Universal Homes and Midwest Express on February 1, 2012.  *See* Dkt. Nos. 6, 7.  On November 7, 2012, Defendants withdrew their Answer to Plaintiff's Complaint.  On November 12, 2012, Plaintiff filed a Request for Clerk's Entry of Default against Universal Homes and Midwest Express.  On

November 14, 2012, the Clerk of the Court entered a default against both Defendants Universal Homes and Midwest Express  for failure to plead or otherwise defend in this matter.  *See* Dkt. Nos. 23 and 24.

Accordingly, the Court GRANTS Plaintiff's motion for default judgment in the amount of $387,591.00. Defendant Universal Homes is a Michigan limited liability company, and Defendant Midwest Express is a Michigan corporation, thus neither entity is an individual in active military service, a minor or incompetent person.  Default judgment is hereby entered against Defendants Universal Homes and Midwest Express, jointly and severally, in the amount of $387,591.00.

SO ORDERED.

Dated:  November 20, 2012

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 20, 2012, by electronic mail.

/S/ Tanya Bankston
Deputy Clerk

-2-